## STATE OF MARYLAND *v.* RALPH ALEXANDER

[No. 111, September Term, 1982.]

*Decided October 29, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted, the judgment of the Court of Special Appeals reversing the judgment of the Criminal Court of Baltimore in *Alexander v. State,* 52 Md. App. 171, 447 A.2d 880 (1982) is affirmed for the reasons set forth in the opinion of Judge Lowe.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by petitioner.*